UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL THOMSON,

    Plaintiff,

-vs-                                    CASE NO.: 5:16-CV-00606-PGB-PRL

HARLEY DAVIDSON CREDIT
CORPORATION,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Michael Thomson, and the Defendant, Harley Davidson Credit Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of May, 2017.

/s/ Amy Ferrera
Amy Ferrera, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
amferrera@forthepeople.com
Florida Bar#: 15313
Attorney for Plaintiff

/s/ Daniel Mahfood (w/ permission 5/12/17)
Daniel Mahfood, Esquire
McGuire Woods LLP
50 Laura Street, Suite 3300
Jacksonville, FL 32202
Tele: (904) 798-3200
dmahfood@mcguirewoods.com
Florida Bar#: 94879
Attorney for Defendant